UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACOB W. WHITLEY, II,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | CASE NO. C15-1973-RSL<br><br>ORDER OF REMAND |

The parties filed a stipulated motion to reverse and remand this case for further administrative proceedings. (Dkt. 25.) It is therefore ORDERED:

(1)　The Court adopts the Report and Recommendation;

(2)　The Court REVERSES and REMANDS this matter for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g); and

(3)　The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 26ᵗʰ day of October, 2016.

　　　　　　　　　　　　_____
　　　　　　　　　　　　ROBERT S. LASNIK
　　　　　　　　　　　　United States District Judge

ORDER OF REMAND
PAGE - 1