UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACOB W. WHITLEY II,<br><br>               Plaintiff,<br><br>     v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>               Defendant. | CASE NO. C15-1973-RSL<br><br>ORDER GRANTING PLAINTIFF'S<br>MOTION FOR EQUAL ACCESS TO<br>JUSTICE ACT FEES |

Plaintiff and his counsel filed a motion for an award of attorney's fees under the Equal Access to Justice Act (EAJA). (Dkt. 31.) Plaintiff seeks an award of $5,380.39 in attorney's fees and $27.60 in expenses pursuant to the EAJA, 28 U.S.C. § 2412, and costs in the amount of $6.60 pursuant to 28 U.S.C. § 1920. Defendant does not object to the request. (Dkt. 34.) Having considered plaintiff's motion and the accompanying documents, it is hereby ORDERED that:

(1) The Court GRANTS plaintiff's motion for the award requested.

(2) Subject to any offset allowed under the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010), payment of the award should be made to plaintiff's

1  attorney.

2  (3) The Clerk shall send copies of this Order to the parties.

3  DATED this 22nd day of February, 2017.

_____
Robert S. Lasnik
United States District Judge

8  Recommended for entry
this 21st day of February, 2017.

s/ Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION
FOR EQUAL ACCESS TO JUSTICE ACT FEES
PAGE - 2